982 A.2d 1226

**OFFICE OF DISCIPLINARY COUNSEL, Respondent**

v.

**Allen L. FEINGOLD, Petitioner.**

**No. 145 EM 2009.**

Supreme Court of Pennsylvania.

Nov. 10, 2009.

## ORDER

PER CURIAM.

**AND NOW,** this 10th day of November, 2009, the Motion to Allow Filing of Petition for Review *Nunc Pro Tunc* is **DENIED.**